UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-21955-BLOOM/Otazo-Reyes

PEDRO VERGARA,

     Plaintiff,

vs.

THE NEIMAN MARCUS GROUP LLC,
A foreign limited liability company,

     Defendant.

_____/

## **NOTICE OF SETTLEMENT**

Pursuant to S.D. Fla. L.R. 16.4, Plaintiff Pedro Vergara and Defendant The Neiman Marcus Group LLC hereby give notice that they have reached a resolution of this matter and are in the process of preparing and executing settlement documents. The parties anticipate filing the Stipulation of Dismissal within 30 days from the filing of this Notice.

Dated: December 13, 2022

[Signatures on following page]

Respectfully submitted,

/s/ Roderick Hannah
Roderick V. Hannah, Esq.
Florida Bar No. 435384
RODERICK V. HANNAH, ESQ., P.A
4800 N. Hiatus Road
Sunrise, FL 33351
Telephone: 954.362.3800
Facsimile: 954.362.3779
rhannah@rhaannahlaw.com


/s/ Pelayo Duran
Pelayo M. Duran, Esq.
Florida Bar No. 0146595
LAW OFFICE OF PELAYO DURAN,
P.A.
4640 N.W. 7th Street
Miami, Florida  33126-2309
Telephone: 305.266-9780
Facsimile:  305.269.8311
pduran@pelayoduran.com
*Attorneys for Plaintiff*

Respectfully submitted,

/s/ Gretchen M. Lehman
Gretchen M. Lehman
Florida Bar Number: 0046365
OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602
Telephone:  813.221.7239
Facsimile:  813.289.6530
gretchen.lehman@ogletreedeakins.com
*Attorneys for Defendant THE NEIMAN
MARCUS GROUP LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 13, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Pelayo M. Duran
Law Office of Pelayo Duran, P.A.
4640 N.W. 7th Street
Miami, FL 33126
Telephone:  305.266.9780
Facsimile:  305.269.8311
*Attorneys for Plaintiff*

Roderick V. Hannah
Roderick V. Hannah, Esq., P.A.
4800 N. Hiatus Road
Sunrise, FL 33351
Telephone:  954.362.3800

2

Facsimile:  954.362.3779
*Attorneys for Plaintiff*

**I FURTHER CERTIFY** that to the best of my knowledge there are not any non-CM/ECF

participants that require notification of this response via U.S. Mail.

*/s/ Gretchen M. Lehman*
Attorney